UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CESAR CAMACHO,<br><br>Plaintiff,<br><br>v.<br><br>PERI BUCCHOLZ, et al.,<br><br>Defendants. | Case No. 22-cv-07656-JD<br><br>**ORDER RE MOTION TO RE-OPEN** |

The motion to re-open, Dkt. No. 10, is denied for lack of good cause. Plaintiff Camacho filed the complaint on December 5, 2022, but had not served any defendant as of March 9, 2023. *See* Dkt. No. 9. The Court provided Camacho with 45 additional days to effectuate service and advised him that failure to do so would result in dismissal without prejudice pursuant to Federal Rule of Civil Procedure 4(m). *Id.* Camacho did not file proof of service by that deadline, and nothing in the record indicates that he has taken any steps to serve any defendant. His sole argument for re-opening is that "correspondence from this court takes over a month" to arrive at his residence in Mexico, but the Court provided Camacho with well over a month's notice before dismissing his case, and Camacho acknowledges receipt of that order. Dkt. No. 10 at 1. No further motions will be accepted in this case.

**IT IS SO ORDERED.**

Dated: November 21, 2023

JAMES DONATO
United States District Judge